UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STARRESE FISHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 1:14-cv-00643-JMS-DKL |
| NATIONAL CREDIT ADJUSTERS, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>CLERK'S ENTRY OF DEFAULT</u>**

Pursuant to the application for entry of default, default is hereby entered against

Defendant for failure to plead or otherwise defend this action.

Date: _07/25/2014_

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

<u>Distribution via ECF:</u>

Michael Anthony Eades
JOHN STEINKAMP AND ASSOCIATES
steinkamplaw@yahoo.com

John Thomas Steinkamp
JOHN T. STEINKAMP AND ASSOCIATES
steinkamplaw@yahoo.com

<u>Distribution by U.S. Mail:</u>

Corporation Service Company
Registered Agent for Defendant
251 E. Ohio Street, Suite 500
Indianapolis, IN 46204